# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HODGES JEROME JEFFERSON,

    Plaintiff,

v.                                                   CASE NO. 4:07cv554-RH/WCS

STATE ATTORNEY'S OFFICE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4) and the objections thereto (document 5).

The objections—or what I construe as objections—were set forth in a handwritten document that plaintiff sent to the Court of Appeals. The clerk of the Court of Appeals forwarded the document to the clerk of this court for appropriate processing. The clerk of this court properly docketed the document as objections to the report and recommendation, not as a notice of appeal, because challenges to the magistrate judge's report and recommendation are properly presented by objections reviewable by the district judge, not by appeal to the Court of Appeals. Indeed, any appeal to the Court of Appeals from the magistrate judge's report and

recommendation would be dismissed in due course for lack of jurisdiction.[1]

I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed for failure to state a claim upon which relief may be granted. The clerk shall enter judgment accordingly and close the file.

SO ORDERED this 18th day of February, 2008.

s/Robert L. Hinkle<br>Chief United States District Judge

---

[1] Judgment will be entered pursuant to this order. The judgment will be reviewable in the Court of Appeals. If plaintiff wishes to seek review there, he must now file *in this court* a notice of appeal. The clerk of this court then will process the matter for appeal.

*Case No: 4:07cv554-RH/WCS*